

ACCEPTED
15-25-00085-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/4/2025 2:42 PM
CHRISTOPHER A. PRINE
CLERK

June 4, 2025

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/4/2025 2:42:33 PM
CHRISTOPHER A. PRINE
Clerk

T.J. Turner
tjturner@cstrial.com
512-477-5099

***Via Electronic Filing:***

Christopher A. Prine
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711
Telephone: (512) 463-1610

RE:     Court of Appeals Number:     15-25-00085-CV
         Trial Court Case Number:     D-1-GN-20-006861

Style: Office of the Attorney General of Texas
       v. James Blake Brickman, David Maxwell, J. Mark Penley, and Ryan M. Vassar

Dear Mr. Prine:

Counsel for Appellee, David Maxwell files this letter to address the incorrect information included on Appellant's Docketing Statement filed on May 20, 2025. After review of the Docketing Statement, Counsel noticed that the representation for Appellees David Maxwell and James Blake Brickman were incorrect.

Here are the following corrections to be made on the Docketing Statement filed on May 20, 2025:

1. Remove T.J. Turner with Cain & Skarnulis, PLLC as an attorney for Appellee, James Blake Brickman.

2. Remove Carlos R. Soltero and Gregory P. Saphire with Soltero Saphire Murrell PLLC as attorneys for Appellee, David Maxwell.[1]

3. Add T.J. Turner as Lead Attorney for Appellee, David Maxwell.

4. Update the address for Cain & Skarnulis, PLLC to 303 Colorado Street, Suite 2850, Austin, Texas 78701.

---

[1] On January 18, 2023, T.J. Turner and Carlos Soltero filed an Unopposed Motion to Withdraw and Substitute Lead Counsel for Respondent David Maxwell in Cause No. 21-1027 Office of the Attorney General of Texas vs. James Blake Brickman, et al filed in the Supreme Court of Texas. Later that day, the Court filed a letter addressing its review of the Unopposed Motion and granted the substitution of counsel. *See* **Ex. A** & **B**.



Sincerely,

T.J. Turner

TJT/jc

CC: w/enclosures:

Carlos Ramon Soltero
**SOLTERO SAPHIRE MURRELL PLLC**
7320 N. Mopac Expy, Ste. 309
Austin, Texas 78731-2311
Email: carlos@ssmlawyers.com

Gregory P. Saphire
**SOLTERO SAPHIRE MURRELL PLLC**
7320 N. Mopac Expy, Ste. 309
Austin, Texas 78731-2311
Email: greg@ssmlawyers.com

Joseph R. Knight
**EWELL BROWN BLANKE & KNIGHT LLP**
111 Congress Avenue, Suite 2800
Austin, Texas 78701-4084
Email: jknight@ebbklaw.com

Don A. Tittle
**LAW OFFICES OF DON TITTLE, PLLC**
Lakewood Towers, Suite 440
6301 Gaston Avenue
Dallas, Texas 75214
Email: don@dontittlelaw.com

Thomas Andrew Nesbitt
**NESBITT LEGAL PLLC**
809 West Avenue
Austin, Texas 78701-2207
Email: tom@nesbittlegal.com



William Helfand
**OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 12548 (MC 059)
Austin, Texas 78711
Email: Bill.Helfand@lewisbrisbois.com

FILED
21-1027
1/18/2023 11:16 AM
tex-71892097
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

No. 21-1027

## IN THE SUPREME COURT OF TEXAS

OFFICE OF THE ATTORNEY GENERAL OF TEXAS,
Petitioner

v.

JAMES BLAKE BRICKMAN, ET AL.,
Respondents

On Petition for Review
from the Third Court of Appeals, Austin

## UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE LEAD COUNSEL FOR RESPONDENT DAVID MAXWELL

Carlos R. Soltero
State Bar No. 00791702
carlos@ssmlawyers.com
Gregory P. Sapire
State Bar No. 00791601
greg@ssmlawyers.com
**SOLTERO SAPIRE MURRELL PLLC**
7320 N Mopac Suite 309
Austin, Texas 78731
512-422-1559
512-359-7996—Facsimile

T.J. Turner
State Bar No. 24043967
tturner@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

**EXHIBIT**

**A**

exhibitsticker.com

**ATTORNEYS FOR RESPONDENT**

TO THE HONORABLE SUPREME COURT:

Respondent David Maxwell (Respondent Maxwell) files this Unopposed Motion to Withdraw and Substitute Lead Counsel and respectfully requests the substitution of his current counsel—Carlos R. Soltero and the law firm of Soltero Sapire Murrell PLLC—for his new counsel—T.J. Turner with the firm Cain & Skarnulis PLLC—as Respondent Maxwell's counsel of record pursuant to TX Rules of Appellate Procedure Rule 6.5.   In support of this Motion, Respondent Maxwell shows the Court the following:

1.      Respondent Maxwell has been represented by Carlos R. Soltero and other attorneys at the law firm of Soltero Sapire Murrell PLLC.  Mr. Maxwell has retained new counsel to represent his interests in this case, T.J. Turner with the firm Cain & Skarnulis PLLC.  Mr. Turner is admitted to practice law in the state of Texas and has consented to serve as counsel for Mr. Maxwell in this proceeding.

2.      Respondent Maxwell respectfully requests that Carlos R. Soltero and the law firm of Soltero Sapire Murrell PLLC be allowed to withdraw as counsel, and that the following be substituted as lead counsel of record for Respondent Maxwell in this matter:

T.J. Turner
State Bar No. 24043967
tturner@cstrial.com

**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

3.      Respondent Maxwell would show that substitution of the undersigned will not prejudice any party.

4.      Respondent Maxwell's Withdrawing Counsel does not oppose the substitution, as indicated by the signature below.

5.      There are no currently pending deadlines or settings in the case.  The withdrawal of Respondent Maxwell's Withdrawing Counsel and substitution of Respondent Maxwell's Substituting Counsel are not sought for delay only.

6.      Respondent Maxwell's Substituting Counsel intend for this Motion to also serve as the Substituting Counsel's Notice of Appearance in this lawsuit.

### PRAYER

For these reasons, Respondent David Maxwell requests that the Court grant this Motion, permit the substitution of T.J. Turner with the law firm Cain & Skarnulis PLLC as his new lead counsel of record, and permit the withdrawal of Carlos R. Soltero and the law firm of Soltero Sapire Murrell PLLC.

Respectfully submitted,

*/s/ Carlos R. Soltero with permission*
Carlos R. Soltero
State Bar No. 00791702
carlos@ssmlawyers.com

3

Gregory P. Sapire
State Bar No. 00791601
greg@ssmlawyers.com
**SOLTERO SAPIRE MURRELL PLLC**
7320 N Mopac Suite 309
Austin, Texas 78731
512-422-1559
512-359-7996—Facsimile


_/s/ T.J. Turner_
T.J. Turner
State Bar No. 24043967
tturner@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile

## CERTIFICATE OF CONFERENCE

On January 10, 2023, the undersigned conferred with opposing counsel by email, who stated that Petitioner is unopposed to the relief requested in this motion.

_/s/ T.J. Turner_
T.J. Turner

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Respondent's Unopposed Motion to Withdraw and Substitute Lead Counsel has been forwarded to all counsel of record in accordance with the Texas Rules of Civil Procedure on this 18th day of January 2023, via efiletxcourts.gov.

_/s/ T.J. Turner_
T.J. Turner

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below:

Kiara Dial on behalf of Thomas Turner
Bar No. 24043967
kdial@cstrial.com
Envelope ID: 71892097
Status as of 1/18/2023 11:32 AM CST

Associated Case Party: James BlakeBrickman

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Thomas ANesbitt | | tnesbitt@dnaustin.com | 1/18/2023 11:16:56 AM | SENT |
| TJ Turner | | tturner@cstrial.com | 1/18/2023 11:16:56 AM | SENT |

Associated Case Party: J. MarkPenley

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Don ATittle | | don@dontittlelaw.com | 1/18/2023 11:16:56 AM | SENT |

Associated Case Party: David Maxwell

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Carlos RSoltero | | carlos@ssmlawyers.com | 1/18/2023 11:16:56 AM | SENT |

Associated Case Party: Ryan M. Vassar

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph RKnight | | jknight@ebbklaw.com | 1/18/2023 11:16:56 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph R. Knight | 11601275 | jknight@ebbklaw.com | 1/18/2023 11:16:56 AM | SENT |
| Don A. Tittle | 20080200 | don@dontittlelaw.com | 1/18/2023 11:16:56 AM | SENT |
| Thomas Andrew Nesbitt | 24007738 | tnesbitt@dnaustin.com | 1/18/2023 11:16:56 AM | SENT |
| Carlos Ramon Soltero | 791702 | csoltero@maynardcooper.com | 1/18/2023 11:16:56 AM | SENT |
| Judd Stone | 24076720 | judd.stone@oag.texas.gov | 1/18/2023 11:16:56 AM | SENT |
| Lanora Pettit | 24115221 | lanora.pettit@oag.texas.gov | 1/18/2023 11:16:56 AM | SENT |

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below:

Kiara Dial on behalf of Thomas Turner
Bar No. 24043967
kdial@cstrial.com
Envelope ID: 71892097
Status as of 1/18/2023 11:32 AM CST

Case Contacts

| William FCole | | William.Cole@oag.texas.gov | 1/18/2023 11:16:56 AM | SENT |
| Carrie Patino | | carrie.patino@oag.texas.gov | 1/18/2023 11:16:56 AM | SENT |
| Kiara Dial | | kdial@cstrial.com | 1/18/2023 11:16:56 AM | SENT |



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Wednesday, January 18, 2023

Mr. Thomas John Turner
Cain & Skarnulis, LLP
400 W. 15th St., Ste. 1430
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Mr. Joseph R. Knight
Ewell, Brown, Blanke & Knight LLP
111 Congress Avenue, Suite 2800
Austin, TX 78701-4084
* DELIVERED VIA E-MAIL *

Mr. Don A. Tittle
Law Offices of Don Tittle, PLLC
Lakewood Towers, Suite 440
6301 Gaston Avenue
Dallas, TX 75214
* DELIVERED VIA E-MAIL *

Mr. Carlos Ramon Soltero
Maynard Cooper & Gale, PC
7320 N Mopac Expy Ste 309
Austin, TX 78731-2311
* DELIVERED VIA E-MAIL *

Mr. Judd E. Stone II
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78711
* DELIVERED VIA E-MAIL *

Mr. Thomas Andrew Nesbitt
DeShazo & Nesbitt L.L.P.
809 West Avenue
Austin, TX 78701-2207
* DELIVERED VIA E-MAIL *

RE:     Case Number:  21-1027
        Court of Appeals Number:  03-21-00161-CV
        Trial Court Number:  D-1-GN-20-006861

Style:  OFFICE OF THE ATTORNEY GENERAL OF TEXAS
        v.
        JAMES BLAKE BRICKMAN, J. MARK PENLEY, DAVID MAXWELL, AND RYAN
        M. VASSAR

Dear Counsel:

Today the Supreme Court of Texas granted the motion to withdraw in the above-referenced case.  Motion to Withdraw Carlos Soltero and Substitute TJ Turner as Counsel for Respondent David Maxwell is granted.

Sincerely,

Blake A. Hawthorne, Clerk

**EXHIBIT**

**B**

exhibitsticker.com

FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

by Alexander Claycomb
Deputy Clerk

cc:    Mr. Jeffrey D. Kyle (DELIVERED VIA E-MAIL)
District Clerk Travis County (DELIVERED VIA E-MAIL)
Mr. James Sullivan (DELIVERED VIA E-MAIL)
Mr. Gregory Philip Sapire (DELIVERED VIA E-MAIL)
Mr. William Palmer (DELIVERED VIA E-MAIL)
Mr. Christopher Sterner (DELIVERED VIA E-MAIL)
Mr. Roger Topham (DELIVERED VIA E-MAIL)
Mr. Kent R. Hance (DELIVERED VIA E-MAIL)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joey Chavez on behalf of Thomas Turner
Bar No. 24043967
jchavez@cstrial.com
Envelope ID: 101619701
Filing Code Description: Letter
Filing Description: Letter to the Court regarding Corrections to the Docketing Statement entered on May 20, 2025
Status as of 6/4/2025 2:49 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Gregory Sapire | 791601 | gsapire@maynardnexsen.com | 6/4/2025 2:42:33 PM | SENT |
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 6/4/2025 2:42:33 PM | SENT |
| Thomas Turner | 24043967 | tturner@cstrial.com | 6/4/2025 2:42:33 PM | SENT |
| Scott Deshazo | 24011414 | sdeshazo@dnaustin.com | 6/4/2025 2:42:33 PM | SENT |
| Laura Goodson | 24045959 | lgoodson@dnaustin.com | 6/4/2025 2:42:33 PM | SENT |
| Don Tittle | 20080200 | don@dontittlelaw.com | 6/4/2025 2:42:33 PM | SENT |
| Thomas Nesbitt | 24007738 | tom@nesbittlegal.com | 6/4/2025 2:42:33 PM | SENT |
| Carlos Soltero | 791702 | csoltero@maynardnexsen.com | 6/4/2025 2:42:33 PM | SENT |
| Dawn Garrard | | Dawn.Garrard@lewisbrisbois.com | 6/4/2025 2:42:33 PM | SENT |
| Roger Topham | 24100557 | rt@tophamlaw.com | 6/4/2025 2:42:33 PM | SENT |
| sean wood | | sean.wood@lewisbrisbois.com | 6/4/2025 2:42:33 PM | SENT |
| Erika Corona | | Erika.Corona@lewisbrisbois.com | 6/4/2025 2:42:33 PM | SENT |
| William S.Helfand | | bill.helfand@lewisbrisbois.com | 6/4/2025 2:42:33 PM | SENT |
| Joey AChavez | | jchavez@cstrial.com | 6/4/2025 2:42:33 PM | SENT |